IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00312-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

STEPHEN LUCK,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Stephen Luck filed July 23, 2013.  The Court, having reviewed the Notice and being fully advised in the premises,

ORDERS that Defendant Stephen Luck is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is **TERMINATED**.

Dated:  July 24, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge